UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KRISP-PAK SALES CORP.** Plaintiff(s), Petitioner(s) | ATTORNEY: Kreinces & Rosenberg, P.C. Index No.: 08 CIV 5322 (PAC) DATE OF FILING: 6/11/2008 |
| *against* | |
| **ALEX PRODUCE CORP., ET AL.** Defendant(s), Respondent(s) | RETURN DATE: 6/18/2008 |

### AFFIDAVIT OF SERVICE

STATE OF N.Y.: COUNTY OF NASSAU: ss:

I, Matthew Matles, being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Kew Gardens, NY.

That on **June 12, 2008 at 4:30 PM at 142-19 Lakewood Avenue, Jamaica, NY 11435**, deponent served the **Order to Show Cause with Temporary Restraining Order, Memorandum of Law in Support, and Judge's Rules** upon **Alex Produce Corp.**, defendant/respondent/recipient herein.

Said service was effected in the following manner;

By delivering to and leaving a true copy of each to **Sophia Bonilla** personally, a person who stated to be an authorized agent to receive process service for **Alex Produce Corp.**. Deponent knew said corporation so served to be the corporation described in said Order to Show Cause with Temporary Restraining Order, Memorandum of Law in Support, and Judge's Rules as said defendant/respondent/recipient. Deponent knew the individual accepting service to be an/the **authorized agent** thereof.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Female** Skin: **Tan** Hair: **Dirty Blonde** Age(Approx): **50-60** Height(Approx): **5' 3"** Weight(Approx): **150-160 lbs** Other: **Stretch Marks on Stomach**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Matthew Matles,   License No. 1249479

Sworn to before me on June 16, 2008

Alan Leibowitz
Notary Public, State of New York
Registration No. 01LE6029931
Qualified in Nassau County
Commission Expires August 30, 2009

Ultimate Process Service (516) 333-3447
Case No.: 93895