UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISP-PAK SALES CORP., | Docket No.: 08CV5322(PAC) |
| Plaintiff, | |
| -against- | |
| ALEX PRODUCE CORP. and ALEX BONILLA, | **AFFIDAVIT OF SERVICE** |
| Defendants. | |

STATE OF NEW YORK   )
COUNTY OF NASSAU   )ss.:

I, DONNA MURPHY, being duly sworn, say; I am not a party to this action, am over 18 years of age and reside at Island Trees, New York.

On June 18, 2008, I served the within Order for Preliminary Injunction by depositing a copy thereof enclosed in a **Federal Express** overnight delivery envelope in an official depository under the exclusive care and custody of the Federal Express within New York State, and by **U.S. First Class Mail**, by mailing same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, to each of the following persons at the last known address set forth after each name:

ALEX PRODUCE CORP.
142-19 Lakewood Avenue
Jamaica, New York 11435

ALEX BONILLA
c/o ALEX PRODUCE CORP.
142-19 Lakewood Avenue
Jamaica, New York 11435

_____
Donna Murphy

Sworn to before me this
18th day of June, 2008

_____
Notary Public

LEONARD KREINCES
Notary Public, State of New York
No. 02KR7364365
Qualified in Nassau County
Commission Expires 1/31/2011

Z:\kreinces1\WORK\HUNTSPOINT\KRISPPAK\bonilla\service.overnight.wpd

1