UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

KRISP-PAK SALES CORP.,                                  Docket No.: 08CV5322(PAC)

                Plaintiff,

  -against-                                               **AFFIDAVIT OF SERVICE**

ALEX PRODUCE CORP. and ALEX BONILLA,

                Defendants.
---

STATE OF NEW YORK  )

COUNTY OF NASSAU  )ss.:

    I, DONNA MURPHY, being duly sworn, say; I am not a party to this action, am over 18 years of age and reside at Island Trees, New York.

    On June 23, 2008, I served the within Amended Complaint depositing a copy thereof by mailing same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, to each of the following persons at the last known address set forth after each name:

    ALEX PRODUCE CORP.
    142-19 Lakewood Avenue
    Jamaica, New York 11435

    ALEX BONILLA a/k/a ALEJANDRO BONILLA
    c/o ALEX PRODUCE CORP.
    142-19 Lakewood Avenue
    Jamaica, New York 11435

                                _/s/ Donna Murphy_
                                Donna Murphy

Sworn to before me this
23rd day of June, 2008

_/s/_
Notary Public

                          LEONARD KREINCES
                    Notary Public, State of New York
                          No. 02KR7364365
                      Qualified in Nassau County
                    Commission Expires 1/31/2011

Z:\kreinces1\WORK\HUNTSPOINT\KRISPPAK\bonilla\service overnight.wpd